EEOC Form 5 (11/09)

**PLAINTIFF'S EXHIBIT A**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 410-2012-01804 |

and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Lashondra Stephens | (229) 496-5642 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1221 Augusta Drive, Albany, GA 31707 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CALHOUN STATE PRISON | 201 - 500 | (229) 849-5026 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 249, Morgan, GA 39866 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 08-28-2011   Latest: 08-28-2011<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.   I began my employment with the above employer on April 16, 2003 as a Correctional Officer. On August 28, 2011, I had my cell phone while on duty. On August 28, 2011, I was forced to perform a sex act on Dewayne Lavette, Supervisor. August 28, 2011, I was forced to resign (constructive discharge).

II.  I was told by Juliet Toombs, Captain, to resign due to the use of my cell phone.

III. I believe that I have been discriminated against because of my sex (female), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct. | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| 03/27/12    _Lashondra Stephens_<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

PLAINTIFF'S EXHIBIT NO. A

Docket # SQ159-11

ATTACHMENT 3
SOP IIB05-0001

## WITNESS STATEMENT

| ACE | DATE 08/28/11 | TIME 1257 | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME  Stephens, Lashocka Stephens | SOCIAL SECURITY ACCOUNT NO. 008392911 | | STATE SERIAL NO. |
| INSTITUTION OR ADDRESS  Calhoun State Prison | | | |

### SWORN STATEMENT

I, Lashocka Stephens, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On August 28, 2011 at 1257 resign from my position here at Calhoun State Prison.

LCS
LCS     LCS
LCS

INITIALS OF PERSON MAKING STATEMENT
LCS

PAGE 1 OF 1 PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES."