

U.S. Department of Justice

Civil Rights Division

---

VG:KDW:KLF
DJ 170-19M-123

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*
*www.usdoj.gov/crt/emp*

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS     MAR 1 4 2016

CERTIFIED MAIL 9590 9401 0174 5234 6154 43
RETURN RECEIPT REQUESTED

**PLAINTIFF'S EXHIBIT**

**NO. C**

Ms. LaShondra Stephens
P.O. Box 182
Leary, GA  39862

　　　　　Re:　LaShondra Stephens v. Calhoun State Prison
　　　　　　　 EEOC Charge No. 410-2012-01804

Dear Ms. Stephens,

　　　It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

　　　You are hereby notified that conciliation in this matter was unsuccessful by the EEOC. You are further notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

　　　Therefore, you should consult an attorney of your own choosing at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC, or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of Title VII, 41 U.S.C. 2000e-5(f)(1).

　　　We are returning the files in this matter to EEOC's Atlanta District Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: Bernice Williams-Kimbrough, Director, EEOC, 100 Alabama Street, SW, Suite 4R30, Atlanta, GA  30303.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　Vanita Gupta
　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　Civil Rights Division

　　　　　　　　　　　　By: _(signature)_
　　　　　　　　　　　　　　Karen D. Woodard
　　　　　　　　　　　　　　Principal Deputy Chief
　　　　　　　　　　　　　　Employment Litigation Section

cc:　Calhoun State Prison
　　　EEOC, Atlanta District Office