PLAINTIFF'S EXHIBIT
NO. D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

LASHONDRA STEPHENS         :

    Plaintiff,                      :

VS.                        : Civil Action File No: 1: 16-CV-00103-LJA

GEORGIA DEPARTMENT OF       :
CORRECTIONS AND             :
KEVIN SPRAYBERRY,           :
WARDEN, CALHOUN STATE PRISON, :

    Defendant.                     :

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE
### TO DEFENDANT'S MOTION TO DISMISS

    Personally appeared before me, the undersigned authority, Lashondra Stephens, duly authorized to administer oath, who after being duly sworn, deposes and says on oath upon information and belief that:

    I am Lashondra Stephens, the named Plaintiff in the above referenced lawsuit. I received the US Department of Justice Civil Rights Division Notice of Right to Sue letter, dated March 14, 2016, on March 19, 2016. The letter was left in my mailbox, even though it was marked as sent certified there was no certified mail return receipt for my signature. I took a picture of the letter on the date that I received it, so I am certain that I received the letter on March 19, 2016.

So sworn this  06  day of  September , 2016.

_____
Lashondra Stephens
Affiant's signature

Sworn to and subscribed
before me, this  6th
day of  September , 2016.

_____
Notary Public



COLLIER & GAMBLE, LLP
ATTORNEYS AT LAW
P.O. BOX 577
DAWSON, GEORGIA 39842

(229) 995-5657