IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

ALBANY DIVISION

| | |
|---|---|
| LASHONDRA STEPHENS | ) |
|     Plaintiff, | ) |
| VS. | ) CASE NO: 1:16-CV-00103-LJA |
| GEORGIA DEPARTMENT OF | ) |
| CORRECTIONS AND | ) |
| WARDEN KEVIN SPRAYBERRY, | ) |
|     Defendants. | ) |
| _____ | ) |

RESPONSE TO SHOW CAUSE ORDER ISSUED ON OCTOBER 26, 2016

Comes now Attorney W. T. Gamble, III, and responds to the Show Cause Order issued by the Court on the 26th day of October 2016 as follows:

1.

On the 26th day of October 2016 after 11:00 a.m. but before noon, Attorney W. T. Gamble, III was contacted by the Clerk of Leslie J. Abrams informing him that he was to be present for an 11:00 a.m. hearing scheduled for October 26, 2016 and inquiring why he was not present.

2.

Attorney W. T. Gamble, III, shows the Court he was not aware that the hearing had been scheduled and he did not intentionally disregard any hearing Notice or choose to ignore the fact that a hearing date had been scheduled.

3.

In speaking with the Clerk, Mr. Gamble informed the Clerk he would come to the Court immediately and left from his law office (26 miles away) and headed to the Federal Court in the Albany Division.

4.

Attorney Gamble arrived at the Federal Court around noon on October 26, 2016 and discovered that the Courtroom had been locked and noone was present.

5.

Attorney Gamble waited approximately 15 to 20 minutes before realizing perhaps he should check with the Judge's chambers to see what action he should take and was informed by the Clerk that a phone call had been made to his office informing him he did not need to come late to the hearing and there was no further information that could be given by the Clerk at that time.

6.

Attorney W. T. Gamble, III, shows this Court he received an Order on the 3rd day of October 2016 which granted the Defendant's Motion to stay all Discovery and Pretrial deadlines until the Defendant's Motion to Dismiss Plaintiff's Complaint could be heard.

7.

Attorney W. T. Gamble, III, had previously spoken with Defense Attorney, Mr. K. Tate Gray, concerning this matter and agreed that a Stay would be appropriate in the matter until such time as the matter was resolved and this conversation was held because a Scheduling Discovery Order was due to be filed with the Court and the attorneys were discussing putting this Order together.

8.

The October 3, 2016 Order was issued after the date that the initial Discovery Order was due such that this Order was jointly composed and filed with the Court prior to the October 3, 2016 hearing date.

9.

The Motion to be heard on October 26, 2016 was previously filed by the Defendants alleging that the Plaintiff failed to file her Discrimination charge with the EEOC in a timely manner and that the filing of the lawsuit was not within the 90 day limit after receipt of the Notice of Right to Sue.

10.

After this Motion was filed by the Defendant, Plaintiff filed a response to the Motion, a reply was then filed by the Defendant, and the Plaintiff then filed an Amended Response supplementing the initial Response.

11.

Attorney W. T. Gamble, III, states it should be noted he was not the attorney representing Lashondra Stephens during the time that she initially filed her discrimination charge with the EEOC and that these actions were taken while she was represented by a previous attorney.

12.

Attorney W. T. Gamble, III shows that he has been diligent in responding to all Motions and Request for Discovery Orders, etc., from the Court and at no time did he intentionally miss any hearing that was scheduled with the Court.

13.

Attorney W. T. Gamble, III was completely unaware that a hearing had been scheduled for October 26, 2016 at 11:00 a.m. and can only state to the Court that normally a detailed procedure is in place at his office to make certain that all scheduled hearings are notated properly on the calender, but for reasons which he is not completely certain, this hearing date was not placed on the calender and he was not aware of having ever reviewed any Order prior to being notified by the Clerk indicating the hearing was scheduled.

14.

Despite the fact I was not aware that the hearing was scheduled, I take complete responsibility for making certain that all hearings, and other court schedules, are properly calendered and the responsibility for making certain they are calendered, is mine and mine alone.

15.

Attorney W. T. Gamble, III, believes that when the Order was issued, a second Order was issued immediately after that first Order on October 3, 2016, setting the hearing date for October 26, 2016. I do not recall having read this second Order but believe that I printed out the earlier Order granting the Motion to Stay Discovery, etc. and thought that the second Order was being printed as well. Apparently the second Order did not print and I had not read the second Order, prior to printing, to determine its content such that no notation of the pending Court date was placed on any calender.

16.

Attorney W. T. Gamble, III shows the Court that he did not intentionally disregard the Court's Order and that his actions were not willful in disregarding this Order.

17.

Attorney W. T. Gamble, III shows the Court he is not in the habit of missing hearing dates, trial dates, or any other scheduled Court matters, but regardless of the reasons behind this oversight accepts complete responsibility for such.

18.

Attorney W. T. Gamble, III apologizes to the Court for the failure to appear on October 26, 2016 and apologizes to Attorney for the Defendant, K. Tate Gray.

19.

Attorney W. T. Gamble, III accepts whatever action the Court deems appropriate in the matter but would request that his client not be punished for his failure to have properly notated the hearing date such that the client should not have her case dismissed, or other punitive action be taken against her claim and further requests that the hearing date be rescheduled so that the matter can be fully heard concerning the Defendant's Motion to Dismiss.

Respectfully submitted this 27th day of October, 2016.

/S/ W. T. Gamble, III
W. T. Gamble, III

This Document Prepared By:
/S/ W. T. Gamble, III
W. T. Gamble, III
COLLIER & GAMBLE
State Bar NO: 283170
P.O. Box 577
Dawson, Georgia 39842
229-995-5657
dst

**CERTIFICATE OF SERVICE**

I hereby certify a true copy of the foregoing RESPONSE TO SHOW CAUSE ORDER ISSUED ON OCTOBER 26, 2016 were served on Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Kevin Tate Gray, Esquire

40 Capitol Square SW

Atlanta, GA 30334

This 27th day of October, 2016.

/s/ Wilbur T. Gamble, III
Wilbur T. Gamble, III, Esq.

This Document Prepared By:
/S/ W. T. Gamble, III
W. T. Gamble, III
COLLIER & GAMBLE
State Bar NO: 283170
P.O. Box 577
Dawson, Georgia 39842
229-995-5657
dst