IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



# MINUTE SHEET re: MOTION HEARING

Date:   November 14, 2016                Court Time for MJSTAR:/JS10: / 21

Judge:  LESLIE J. ABRAMS                 Court Reporter:  Mindy Martin

Courtroom Deputy:  Monica Cooper         Interpreter:

Case Number: 1:16-cv-103(LJA)

LASHONDRA STEPHENS                       Counsel:  Wilburt Gamble, III

v.

GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*    Counsel:  Kevin Tate Gray

Agents:/Experts in Attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

10:58   Case called.  Counsel identified.  Court makes preliminary remarks.
        Discussion re: filing deadline. Mr. Gamble set forth issues
11:06   Mr. Gray makes argument.re: waiver of rights, equitable estoppel, and equitable tolling
11:10   The Court responds to counsels' argument.
11:11   Mr. Gamble addresses the Court.
11:18   The Court will dismiss the complaint without prejudice.
11:19   Concluded.