IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LASHONDRA STEPHENS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:16-CV-103 (LJA) |
| | : | |
| GEORGIA DEPARMENT OF CORRECTIONS and WARDEN KEVIN SPRAYBERRY, | : : : | |
| | : | |
| Defendants. | : : | |

## ORDER

As the Court stated in the hearing on November 14, 2016, Defendants' Motion to Dismiss Plaintiff's Complaint in Lieu of Answer (Doc. 7) is **GRANTED** and the Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. If Plaintiff Stephens intends to request leave to amend her Complaint, she must file a Motion for Leave to Amend **WITHIN 30 DAYS** of this Order, attaching to it a Proposed First Amended Complaint as well as a redline of her proposed amendments.

**SO ORDERED**, this 15th day of November, 2016.

/s/ Leslie J. Abrams
**LESLIE J. ABRAMS, JUDGE**
**UNITED STATES DISTRICT COURT**